UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY



RECEIVED
JUL 3 0 2012
AT 8:30_____M
WILLIAM T. WALSH
CLERK

SOLIS et al v. FIRST BANKERS TRUST SERVICES, INC., et al

Civil 12-4450

Order of Reassignment

It is on this 27th day of July, 2012

O R D E R E D that the entitled action is reassigned from

JUDGE PETER G. SHERIDAN TO JUDGE MICHAEL A. SHIPP.

                        S/Jerome B. Simandle
            JEROME B. SIMANDLE, CHIEF JUDGE
            UNITED STATES DISTRICT COURT