**FOX ROTHSCHILD LLP**
100 Park Avenue, Suite 1500
New York, New York 10017
Telephone: (212) 878-7900
Fax: (212) 692-0940
*Attorneys for Defendant First Bankers Trust Services, Inc.*
Appearance: Keith R. McMurdy
E-mail: kmcmurdy@foxrothschild.com

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HILDA L. SOLIS, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, <br><br> Plaintiff, <br><br> v. <br><br> FIRST BANKERS TRUST SERVICES, INC., VINCENT DIPANO and the SJP GROUP, INC. EMPLOYEE STOCK OWNERSHIP PLAN, <br><br> Defendants. | Case No. 3:12-cv-4450(MAS)(DEA) |

## CONSENT ORDER

**THIS MATTER** being presented to this Court by Fox Rothschild, LLP, counsel for Defendant First Bankers Trust Services, Inc. ("Defendant"), with the consent of all parties, for an Order granting Defendant a seven (7) day extension of time to file its reply to the opposition of Plaintiff Hilda L. Solis ("Plaintiff") to the Defendant's Motion to Dismiss Plaintiff's complaint ("Motion to Dismiss"), and for god cause shown;

It is on this ⟦10⟧ day of December, 2012, hereby

ORDERED that Defendant's Reply to Plaintiff's Opposition is due on December 17, 2012; and it is

NY1 619535v1 12/04/12

FURTHER ORDERED that electronic filing and transmittal of this Order by the Clerk through CM/ECF system shall constitute service.

By: *[signature: M. Shipp]*
JUDGE MICHAEL A. SHIPP, USDJ