# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. <u>17-1973</u>

Secretary United States Depart v. First Bankers Trust Services I, et al

(Originating Court No. 3-12-cv-04450)

# O R D E R

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), with parties to pay their own costs. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Date: 9/21/2017

cc: Jonathan D. Hacker, Esq.
    Thomas Tso, Esq.

**A True Copy**

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.